UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Adam Lee Sterling,

          Plaintiff,

vs.                                     ORDER ADOPTING THE
                                         REPORT AND RECOMMENDATION

Stillwater,

          Defendant.          Civ. No. 15-3988 (ADM/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**

1. That Petitioner Adam Sterling's Petition for a writ of habeas corpus, [Docket No. 1], is **DENIED**.

2. That this action is **DISMISSED**.

3. That Petitioner's Motion, [Docket No. 2], is **DENIED** as moot.

4. That Petitioner's Motion, [Docket No. 3], is **DENIED** as moot.

LET JUDGMENT BE ENTERED ACCORINDGLY.

                                                            s/Ann D. Montgomery
                                                            Ann D. Montgomery, Judge

DATED: December 9, 2015              United States District Court
At Minneapolis, Minnesota